No. 79–595. SCIENTISTS' INSTITUTE FOR PUBLIC INFORMATION ET AL. *v.* LONG ISLAND LIGHTING CO.; and

No. 79–629. LONG ISLAND LIGHTING CO. *v.* PUBLIC SERVICE COMMISSION OF NEW YORK ET AL. C. A. 2d Cir. Motions of petitioners to expedite consideration of petitions and to consolidate with No. 79–134, *Consolidated Edison Company of New York, Inc.* v. *Public Service Commission of New York* [probable jurisdiction noted, *ante,* p. 822], denied.

No. 79–381. WENGLER *v.* DRUGGISTS MUTUAL INSURANCE CO. ET AL. Appeal from Sup. Ct. Mo. Probable jurisdiction noted.

No. 79–1. AMERICAN EXPORT LINES, INC. *v.* ALVEZ ET AL. Ct. App. N. Y. Certiorari granted.

No. 79–81. COFFY *v.* REPUBLIC STEEL CORP. C. A. 6th Cir. Certiorari granted.

No. 79–136. PARKER, ACTING COMMISSIONER OF PATENTS AND TRADEMARKS *v.* BERGY; and PARKER, ACTING COMMISSIONER OF PATENTS AND TRADEMARKS *v.* CHAKRABARTY. C. C. P. A. Certiorari granted. Reported below: 596 F. 2d 952.

No. 79–5215. IN RE OTIS ET AL. (SUBLER, PETITIONER). Ct. App. Ohio, Van Wert County. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–1689. PALMER *v.* FEMINIST WOMEN'S HEALTH CENTER; and

No. 78–1799. MOHAMMAD ET AL. *v.* FEMINIST WOMEN'S HEALTH CENTER. C. A. 5th Cir. Certiorari denied. Reported below: 586 F. 2d 530.